UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE TURNER,                          CASE NO. 16-14450
                                            HON. GEORGE CARAM STEEH
                    Plaintiff,

v.

CITY OF DETROIT et al.,

                    Defendants.

_____/

**ORDER REQUIRING PLAINTIFF TO SUBSTITUTE COUNSEL
OR NOTIFY COURT OF INTENTION TO APPEAR PRO SE**

Plaintiff Robert Lee Turner, while represented by counsel, filed this

civil rights action pursuant to 42 U.S.C. § 1983 in Wayne County Circuit

Court and defendant City of Detroit removed the action here.  The Clerk's

Office identified plaintiff's counsel's law license to be suspended.

Accordingly, the court ordered plaintiff's counsel to show cause whether he

is properly licensed such that he may represent plaintiff in this court.

Plaintiff's counsel responded that he is suspended from practicing law in

federal court.  Accordingly, IT IS ORDERED that plaintiff secure new

counsel to file an appearance and a response to defendants' pending

motions to dismiss on or before March 13, 2017, or advise the court of his

desire to proceed pro se.  Should plaintiff elect to represent himself, plaintiff shall advise the court of his intention to do so and shall file a written response to defendants' motions to dismiss on or before March 13, 2017, and shall provide the court with his mailing address.  The failure to comply with this order shall result in dismissal of this action.

IT IS FURTHER ORDERED that plaintiff's former counsel serve his client with a copy of this order.

**IT IS SO ORDERED.**

Dated:  January 26, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon
attorneys of record on
January 26, 2017, by electronic and/or
ordinary mail.

s/Marcia Beauchemin
Deputy Clerk