UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE TURNER,

        Plaintiff,        CASE NO. 16-14450
                                   HON. GEORGE CARAM STEEH

v.

CITY OF DETROIT et al.,

        Defendants.

_____/

## AMENDED ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (Doc. 21) AND REQUIRING PLAINTIFF TO SUBSTITUTE COUNSEL OR <u>NOTIFY COURT OF INTENTION TO APPEAR PRO SE</u>

On November 27, 2017, counsel for Plaintiff Robert Lee Turner filed a motion to withdraw. On December 14, 2017, this court held a telephonic hearing on the motion. Plaintiff's counsel, and counsel for the City of Detroit and Wayne County appeared. Plaintiff did not. For the reasons stated on the record, Plaintiff's counsel's motion to withdraw (Doc. 21) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff secure new counsel to file an appearance or advise the court of his desire to proceed pro se on or

- 1 -

before February 7, 2018.  The failure to comply with this order shall result in the immediate dismissal of this action for failure to prosecute.

IT IS FURTHER ORDERED that this notice be sent to Plaintiff at the address provided by Plaintiff's counsel at 23353 Gratiot, Eastpointe, MI 48021.  Also, the Clerk is directed to list Plaintiff's telephone number on the docket as (586) 335-3773 and his sister's number as (313) 283-5901.

**IT IS SO ORDERED.**

Dated:  January 23, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 23, 2018, by electronic and/or ordinary mail and also on Robert Lee Turner, 23353 Gratiot, Eastpointe MI  48021.

s/Barbara Radke
Deputy Clerk