UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE TURNER,  CASE NO. 16-CV-14450
                   HON. GEORGE CARAM STEEH
         Plaintiff,

    v.

CITY OF DETROIT et al.,

         Defendants.
_____/

## ORDER OF DISMISSAL

On December 14, 2017, this court held a hearing on Plaintiff counsel's motion to withdraw and granted counsel's motion. The court then sent notice to Plaintiff at the address provided by his counsel of his need to have new counsel file an appearance or to advise the court of his desire to appear pro se, else the matter would be dismissed. The mail was returned as non-deliverable. Thereafter, the case manager telephoned Plaintiff at the number provided by his former attorney and spoke to Plaintiff who provided the court with a new address. The court then resent the order to the new address. Plaintiff then sought an extension of time to retain new counsel on the grounds that he just learned of his attorney's withdrawal. The court granted Plaintiff an additional 60 days to have new counsel file

an appearance or to advise the court of his desire to appear pro se, and cautioned Plaintiff that his failure to do so would require dismissal.

Plaintiff has not so notified the court, and the time period for doing so has expired. Accordingly,

IT IS ORDERED that this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: April 18, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 18, 2018, by electronic and/or ordinary mail and also on Robert Lee Turner, 23353 Gratiot, Eastpointe MI 48021.

s/Barbara Radke
Deputy Clerk